# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA BAAS, | |
| Plaintiff, | Case No. 2:16-cv-01821-APG-GWF |
| vs. | **ORDER** |
| STATE OF NEVADA DIVISION OF WELFARE AND SUPPORTIVE SERVICES, DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant. | |

The Court entered its Scheduling Order (ECF No. 20) on December 23, 2016. Upon further review it appears that the date for the parties to file an interim status report is incorrect. Pursuant to Local Rule 26-3, the parties must file an interim status report not later than 60 days before the discovery cut off. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file an interim status report no later than **March 11, 2017**.

DATED this 28th day of December, 2016.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge