UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LINDA BAAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA DIVISION OF WELFARE AND SUPPORTIVE SERVICES OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　Defendant. | Case No. 2:16-cv-01821-APG-GWF<br><br>**ORDER DISMISSING CASE** |

　　　　I previously granted plaintiff Linda Baas leave to file an amended complaint on or before March 8, 2017. ECF No. 28.  I advised Baas that if she did not file an amended complaint by March 8, 2017, this case will be closed without prejudice.  Baas did not file an amended complaint.

　　　　IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice.  The clerk of court is instructed to close this case.

　　　　DATED this 3rd day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE